Law Office of Ben Roberts
Ben Roberts, CSB # 248017
906 13th Street
Modesto, California 95354
Telephone: (209) 522-7500
Facsimile: (209) 522-7532

Attorney for Debtors,
ERIC VERNON HARPER and WENDY CAROL HARPER

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | |
|---|---|
| IN RE: | Case No.: 11-93061 |
| | Chapter 7 |
| ERIC VERNON HARPER and WENDY CAROL HARPER | DC NO: BAR-01 |
| | Date: 10:30am |
| Debtor. | Time: Oct. 12, 2011 |
| | Place: 1200 I Street Suite 4 Modesto, CA |

**MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON PROPERTY OF THE ESTATE**

**TO THE HONORABLE RONALD H. SARGIS, MICHAEL D. MCGRANAHAN/CHAPTER 7 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

Eric & Wendy Harper hereby move this Court for an Order Granting Debtors' MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON PROPERTY OF THE ESTATE based on the following grounds:

1. Debtors originally filed a Chapter 7 bankruptcy case, bearing the case number 11-93061 on August 26, 2011.

2. Co-debtor owns and operate a small business named "Harper's Daycare." A true and correct copy of schedule B of the debtors' voluntary petition is filed concurrently herewith as Exhibit "A" and incorporated herein by reference. This business has no

marketable value outside the co-debtors' efforts. This business is her main occupation at the present time and she wishes to keep operating it. Debtors have invested substantial resources, time, and energy into the business. At this point they wish to keep operating it. If debtors cease operations, even for a short time, they will surely lose clientele, making it impossible to reopen and maintain the required expenses.

3. Debtors ask that the following assets be abandoned: the business name, "Harper's Daycare", and about $300.00 worth of equipment and supplies.

4. All of the items and equipment are fully exempt under various sections of the California Code of Civil Procedure. A true and correct copy of Schedule C of the debtors' Voluntary Petition is filed concurrently herewith as Exhibit "B" and incorporated herein by reference.

5. The equity in the property is exempted pursuant to C.C.P. Sections 703.140(b)(6) as set forth in debtors' Schedule C filed concurrently herewith in the List of Exhibits.

6. As the Property is protected and exempted, it is of inconsequential value to the bankruptcy estate, and there is nothing for the Trustee to administer to unsecured creditors.

Dated: September 20, 2011

                            LAW OFFICE OF BEN ROBERTS

                            /s/ Ben Roberts
                            BEN ROBERTS, ESQ., Attorney for debtors Eric and Wendy Harper